UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMINDER LITT, | ) No. 1:20-cv-00995-JDP |
| | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| | ) MOTION TO LIFT STAY FOR ISSUANCE |
| v. | ) AND SERVICE OF SUMMONS |
| | ) |
| ANDREW SAUL, | ) ECF No. 3 |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon Plaintiff's Motion to Lift Stay and supporting memorandum, it is hereby ordered that the stay imposed pursuant to General Order 615 is temporarily lifted for the limited purposes of issuing the summons and allowing Plaintiff to effectuate service of process.

IT IS SO ORDERED.

Dated:   October 30, 2020                         _____
                                                  UNITED STATES MAGISTRATE JUDGE