UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARMINDER KAUR LITT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00995-HBK<br><br>ORDER GRANTING JOINT MOTION TO CORRECT<br><br>(Doc. No. 21) |

      Presently before the Court is the parties' Joint Motion to Correct Order Pursuant to Federal Rule of Civil Procedure 60(b). (Doc. No. 21). On May 17, 2022, the Court entered an order reversing the Commissioner's decision and remanding the case back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 19). On May 25, 2022, Counsel and the Acting Commissioner of Social Security ("Commissioner") filed a joint motion to correct the Court's May 17, 2022 order pursuant to Federal Rule of Civil Procedure 60(b). (Doc. No. 20). For the reasons set forth below, the joint motion to correct the Court's May 17, 2022 order is granted.

      Federal Rule of Civil Procedure 60(b) governs the reconsideration of final judgment, orders, or proceedings of the district court. Rule 60(b) permits a district court to relieve a party from a final judgment, order, or proceedings on grounds of: "(1) mistake, inadvertence, surprise,

or excusable neglect;. . . or (6) any other reason justifying relief from the operation of the judgment." Fed. R. Civ. P. 60(b).  A motion under Rule 60(b) must be made within a reasonable time, in any event "not more than one year after the judgment, order, or proceeding was entered or taken." *Id.*

Here, the parties request, pursuant to Federal Rule of Civil Procedure 60(b)(1) and (6), that the Court "modify" the following sentence in the May 17, 2022 order: "The ALJ should order additional consultative examinations and, if appropriate, take additional testimony from medical experts," to instead read "If appropriate, the ALJ may take additional testimony from medical experts or order additional consultative examinations." (Doc. No. 21 at 4; *see* Doc. No. 19 at 13, lines 27-28).  The Court agrees the requested modification of the May 17, 2022 Order is appropriate; however, the Court does so pursuant to Federal Rule of Civil Procedure 60(a), which permits the Court to "correct a clerical mistake … arising from oversight … whenever one is found in [an order]." Fed. R. Civ. P. 60(a).

Accordingly, it is **ORDERED**:

1. The parties' Joint Motion to Correct Order (Doc. No. 21) is **GRANTED**.

2. Page 13, lines 27-28, of the Court's May 17, 2022 order is revised as follows: If appropriate, the ALJ may take additional testimony from medical experts or order additional consultative examinations.

3. This order does not otherwise modify the Court's May 17, 2022 order in any other way.

Dated:   May 26, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE